IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMMEL PROPERTIES, LLC,** : | **CIVIL ACTION NO. 1:11-CV-02316** |
| **LAND OF BELIEVE FARM, INC.,** : | |
| **WILLIAM J. DOMMEL,** and : | **(Chief Judge Conner)** |
| **ROBERT W. DOMMEL,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | |
| **JONESTOWN BANK AND TRUST** : | |
| **COMPANY**, *now known as* **JBT**, : | |
| **LEBANON COUNTY TAX CLAIM** : | |
| **BUREAU**, and **SALLIE A. NEUIN,** : | |
| : | |
| **Defendants.** : | |

## **ORDER**

AND NOW, this 9th day of July, 2014, upon consideration of the motion for partial summary judgment (Doc. 96) filed by plaintiffs William J. Dommel, Robert W. Dommel, Land of Believe Farm, Inc., and Dommel Properties, LLC (collectively, the "Dommels"), and the motions for summary judgment filed by defendants Jonestown Bank and Trust Company (the "Bank") (Doc. 91), and Sallie A. Neuin ("Neuin") (Doc. 90), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff Robert W. Dommel is DISMISSED as a plaintiff in the above-captioned matter pursuant to Federal Rule of Civil Procedure 25(a)(1).

2. The Dommels' motion for partial summary judgment (Doc. 96) is DENIED.

3. The Bank's motion for summary judgment (Doc. 91) is GRANTED.

4. Neuin's motion for summary judgment (Doc. 90) is GRANTED.

5. The Bank's motions *in limine* (Docs. 122, 124, 126, 128, 130) are therefore DENIED as moot.

6. The Clerk of Court is directed to ENTER judgment in favor of defendants Neuin and the Bank and against the Dommels and to CLOSE the above-captioned case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania