**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOMMEL PROPERTIES, LLC,** | : | **CIVIL ACTION NO. 1:11-CV-2316** |
| **LAND OF BELIEVE FARM, INC.,** | : | |
| **WILLIAM J. DOMMEL, and** | : | **(Chief Judge Conner)** |
| **ROBERT W. DOMMEL,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JONESTOWN BANK AND TRUST** | : | |
| **COMPANY,** *now known as* **JBT,** | : | |
| **LEBANON COUNTY TAX CLAIM** | : | |
| **BUREAU, and SALLIE A. NEUIN,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER & JUDGMENT

AND NOW, this 22nd day of February, 2016, upon consideration of the
motion (Doc. 96) for partial summary judgment filed by plaintiffs William J.
Dommel, Robert W. Dommel, Land of Believe Farm, Inc., and Dommel Properties,
LLC (collectively, "the Dommels"), and the motion (Doc. 91) for summary judgment
filed by defendant Jonestown Bank and Trust Company ("the Bank"), and for the
reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Bank's motion (Doc. 91) for summary judgment on Counts VII and
   VIII of the Dommels' complaint (Doc. 1) is GRANTED.

2. The Dommels' motion (Doc. 96) for summary judgment on Count VII of
   the complaint is DENIED.

3.     Judgment is ENTERED in favor of defendants and against plaintiffs on Counts VII and VIII of the complaint.

4.     The Clerk of Court is directed to CLOSE this case.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania